# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAQUITTA ANN CAUDEL, | Case No.: 1:19-cv-1255- JLT |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| ANDREW SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

Laquitta Ann Caudel seeks to proceed *in forma pauperis* in this action for judicial review of the administrative decision denying her application for Social Security benefits. (Doc. 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Plaintiff completed an application and affidavit on September 9, 2019. (Doc. 2) However, the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to her application, Plaintiff has not been employed since 2014 or 2015, but she receives SSDI in the amount of $1,232 per month. (Doc. 2 at 1-2) In addition, she reports that her husband's income is SSDI in the amount of $1,700 per month. (*Id.* at 2) Thus, the montly income for the household totals $2,932. Further, Plaintiff reports that she periodically receives small royalties for mineral rights, which may supplement this income. (*Id.*) Plaintiff has not provided any information

regarding the household expenses—such as mortgage or rent payments, food, or clothing—such that the Court may find this income renders her unable to pay the filing fee.

Therefore, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application that includes additional information regarding the household expenses. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of her application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **September 13, 2019**  /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE