# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAQUITTA ANN CAUDEL,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-1255-JLT<br><br>ORDER TO SHOW CAUSE WHY PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS SHOULD NOT BE DENIED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER TO FILE AN AMENDED APPLICATION |

Laquitta Ann Caudel seeks to proceed *in forma pauperis* in this action for judicial review of the administrative decision denying her application for Social Security benefits. The Court found the information provided by Plaintiff in her motion to proceed *in forma pauperis* was insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a). (Doc. 3) Therefore, the Court ordered Plaintiff to file an amended application, including additional information regarding her household expenses. (*Id.* at 2) The Court advised Plaintiff that "failure to comply with this order may result in denial of her application to proceed *in forma pauperis*." (*Id.*) To date, Plaintiff has not filed an amended application.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions

1

including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause **within fourteen days** of the date of service of this order why her application to proceed *in forma pauperis* should not be denied or to pay the filing fee in this action.

IT IS SO ORDERED.

Dated: **October 1, 2019**          **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE