# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAQUITTA ANN CAUDEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:19-cv-1255 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED OCTOBER 1, 2019<br><br>(Doc. 4) |

On October 1, 2019, the Court directed Plaintiff to show cause why her request to proceed in forma pauperis should not be denied due to her failure to comply with the Court's order to file an amended application. (Doc. 4) On October 7, 2012, Plaintiff filed a response to the Court's order, explaining Plaintiff requested the assistance of her counsel to complete the form on October 2, 2012, and the "office was not aware that the Plaintiff had missed the deadline regarding the amended application." (Doc. 5 at 2) The same date, Plaintiff also filed the amended application. (Doc. 6) Therefore, the order to show cause dated October 1, 2019 (Doc 4) is **DISCHARGED**.

IT IS SO ORDERED.

　　Dated:  **October 11, 2019**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1