1
2
3
4
5
6
7
8                              **UNITED STATES DISTRICT COURT**

9                              **EASTERN DISTRICT OF CALIFORNIA**

10

11   LAQUITTA ANN CAUDEL,                    )   Case No.: 1:19-cv-1255 - JLT
                                             )
12                    Plaintiff,             )   ORDER GRANTING PLAINTIFF'S REQUEST
                                             )   FOR AN EXTENSION OF TIME
13        v.                                 )
                                             )   (Doc. 17)
14   COMMISSIONER OF SOCIAL SECURITY,        )
                                             )
15                    Defendant.             )
                                             )
16   _____)

17        The parties have stipulated for Plaintiff to have an extension of thirty days to file an opening

18   brief.  (Doc. 17)  Notably, the Scheduling Order provides for a single extension of thirty days by

19   stipulation of the parties (*see* Doc. 10 at 3), and the requested extension complies with the terms of the

20   Scheduling Order.  Accordingly, the Court **ORDERS**:

21        1.       The request for an extension of time (Doc. 17) is **GRANTED**; and

22        2.       Plaintiff **SHALL** file an opening brief no later than **June 19, 2020**.

23

24   IT IS SO ORDERED.

25        Dated:   __**May 12, 2020**__                    ____**/s/ Jennifer L. Thurston**
26                                                         UNITED STATES MAGISTRATE JUDGE

27

28