# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAQUITTA ANN CAUDEL, ) | Case No.: 1:19-cv-1255- JLT |
| Plaintiff, ) | |
| ) | ORDER GRANTING PLAINTIFF'S REQUEST FOR A FURTHER EXTENSION OF TIME |
| v. ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | (Doc. 19) |
| Defendant. ) | |

On June 16, 2020, the parties stipulated for Plaintiff to have an additional extension of time to file an opening brief. Notably, the Scheduling Order allows for a single extension of thirty days by the stipulation of the parties. (Doc. 10 at 3) Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (*Id.*) Because Plaintiff previously sought an extension of time by stipulation (*See* Doc. 19), the Court construes to be a motion to amend the Court's scheduling order. (Doc. 10 at 3)

Jonathan Pena, counsel for Plaintiff, asserts the additional time is necessary because he "is operating with very limited staff" while complying with the recommendations for social distancing during the COVID-19 pandemic (Doc. 19 at 1) In addition, Mr. Pena reports he has many administrative hearings and appointments with claimants each week, as well as ten opening briefs to prepare during the week of June 7, 2020; and twelve opening briefs to prepare the week of June 14, 2020. (*Id.* at 2) Mr. Pena notes the Commissioner does not oppose the requested extension and

stipulated to it on June 16, 2020. (*Id.* at 2-3)  Further, it does not appear the Commissioner would suffer any prejudice as a result of the additional extension of time.  Accordingly, the Court **ORDERS**:

    1.    The request for a further extension of time (Doc. 19) is **GRANTED**;

    2.    Plaintiff **SHALL** file an opening brief no later than **July 20, 2020**; and

    3.    Plaintiff is informed that no further extensions of time will be granted for filing the opening brief without a showing of exceptionally good cause, which will not include Counsel's workload.

IT IS SO ORDERED.

Dated:  **June 16, 2020**                    **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE