# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAQUITTA ANN CAUDEL, | Case No.: 1:19-cv-1255 JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| v. | (Doc. 29) |
| ANDREW SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

On June 14, 2021, Laquitta Ann Caudel and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees and expenses in the amount of $9,500.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 29)

Accordingly, the Court **ORDERS:**  Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $9,500.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: __June 15, 2021__             _ /s/ Jennifer L. Thurston
                                                                  CHIEF UNITED STATES MAGISTRATE JUDGE